IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON, DIVISION

| | | |
|---|---|---|
| Tim Jordan | § | |
| | § | |
| Plaintiff | § | |
| | § | **C.A. NO. G-06-265** |
| VS. | § | |
| | § | |
| | § | RULE 9(H) ADMIRALTY |
| Shell Oil Company; Helmerich & Payne, Inc.; | § | |
| Helmerich & Payne International Drilling, | § | |
| Co.; and URSA TLP HP #204 | § | |
| | § | |
| Defendants | § | |

## Plaintiff's Original Complaint

Plaintiff complains of Shell Oil Company ("Shell"), Helmerich & Payne, Inc., Helmerich & Payne International Drilling Co., and the vessel URSA TLP HP #204 ("Helmerich") (collectively as "Defendants") and would respectfully show the Court that:

**I.**

## Jurisdiction and Venue

1. This action is within the admiralty and maritime jurisdiction of this Court within the meaning of Federal Rule of Civil Procedure 9(h).

2. This claim is maintained under the Jones Act and the general maritime law of the United States.

3. Venue is proper in this District because a substantial part of the claims and events arose in this District, Plaintiff resides in this District, and Defendants have their principal places of business in this District and/or do a substantial amount of their business in this District.

## II.

## The Parties

4. Plaintiff is an American citizen. As an American seaman, Plaintiff brings this action pursuant to Section 1916, Title 28, United States Code without the prepayment of costs or the necessity of depositing security.

5. Defendant Shell Oil Company does a substantial amount of its business and has its principal place of business in the Southern District of Texas, and may be served through its registered agent, Corporation Service Company, 701 Brazos Suite 1050, Austin, TX 78701.

6. Defendant Helmerich & Payne Inc. does a substantial amount of its business and/or has its principal place of business in the Southern District of Texas, and may be served through its registered agent, CT Corp System, 350 N. St. Paul Street, Dallas, TX 75201.

7. Defendant Helmerich & Payne International Drilling Co. does a substantial amount of its business and/or has its principal place of business in the Southern District of Texas, and may be served through its registered agent, CT Corp System, 350 N. St. Paul Street, Dallas, TX 75201.

8. Defendant URSA TLP HP #204 is a vessel that is within the District or will be during the pendency of this lawsuit. Plaintiff requests that service of process on the URSA TLP HP #204 be held in abeyance pursuant to Supplemental Federal Rule for Certain Admiralty & Maritime Claims E(3)(c).

## III.

## Factual Allegations

9. This lawsuit is necessary as a result of personal injuries that Plaintiff received on or about February 21, 2006. On that date, Plaintiff was employed by Helmerich as a Roustabout and Shell as a borrowed Seaman on the drilling rig vessel URSA TLP HP #204, which was owned, operated and/or managed by Defendants. While the URSA TLP HP #204 was deployed on navigable waters offshore this District, and while Plaintiff, as a member of its crew, was contributing to and aiding such vessel to accomplish its mission, Plaintiff sustained serious injuries when Defendants failed to provide the URSA TLP HP #204 with a safe working environment, and other acts deemed negligent. Specifically, Shell improperly stored its mud tanks which required movement and Helmerich failed to move them properly.

10. As a result of Defendants' negligence, Plaintiff has injured his shoulder, elbow, neck, and other parts of his body.

11. Defendants are negligent for the following reasons:

a. failure to properly supervise their crew;

b. failure to properly train their employees;

c. failure to provide adequate safety equipment;

d. failure to provide adequate medical treatment;

e. operating the vessel with an inadequate crew;

f. failure to maintain the vessel;

g. failure to inspect the vessel;

h. vicariously liable for their employees' negligence; and

i. other acts deemed negligent.

12. On the date in question, the URSA TLP HP #204 was unseaworthy.

13. As a result of said occurrence, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries. Plaintiff has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which he now sues.

## IV.

## Prayer for Relief

Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff have judgment against Defendants, both jointly and severally, in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which he may show himself justly entitled.

Dated: April 27, 2006

Respectfully submitted,

ARNOLD & ITKIN LLP

/s/ Kurt B. Arnold

Kurt B. Arnold
Texas State Bar No. 24036150
Southern District of Texas No. 36185
700 Louisiana Street, Suite 4700
Houston, Texas 77002
Telephone: (713) 222-3800
Facsimile: (713) 658-0674

**Attorney-in-Charge for Plaintiff**

OF COUNSEL:

Jason A. Itkin
State Bar No. 24032461
Southern District of Texas No. 33053
ARNOLD & ITKIN LLP
700 Louisiana Street, Suite 4700
Houston, Texas 77002
Telephone: (713) 222-3800
Facsimile: (713) 658-0674