IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON, DIVISION

United States Courts
Southern District of Texas
ENTERED

DEC 6 - 2006

Michael N. Milby, Clerk of Court

| Tim Jordan | § | |
| | § | |
| Plaintiff | § | |
| | § | C.A. NO. G-06-265 |
| VS. | § | |
| | § | |
| | § | RULE 9(H) ADMIRALTY |
| Shell Oil Company; Helmerich & Payne, Inc.; | § | |
| Helmerich & Payne International Drilling, | § | |
| Co.; and URSA TLP HP #204 | § | |
| | § | |
| Defendants | § | |

## Order

The Court has considered the Unopposed Motion to Extend Deadline to Designate Expert Witnesses for Plaintiff to December 22, 2006 and for Defendants to Designate by January 25, 2007, and is of the opinion the same should be GRANTED. It is therefore

ORDERED that Plaintiff have until December 22, 2006, in which to respond to file their Expert Designations and Defendants have until January 25, 2007.

Dated this 5th day of Dec., 2006.

_____
Honorable Samuel B. Kent