IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TIM JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-CV-265 |
| | § | |
| SHELL OFFSHORE INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER CARRYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT FORWARD TO TRIAL

Plaintiff Tim Jordan ("Plaintiff") was allegedly injured while he was working for Defendant Helmerich & Payne International Drilling Co. or Defendant Helmerich & Payne, Inc. (collectively "Helmerich") on the URSA TLP HP #204 ("URSA"), which is a tension leg platform owned by Defendant Shell Offshore, Inc. ("Shell"). Defendants filed a joint Motion for Summary Judgment, and Plaintiff filed a Response to said Motion. Shell also filed a Supplemental Motion for Summary Judgment. The Parties appeared before this Court for Docket Call on July 6, 2007, and the trial is set for July 30, 2007, which is three weeks away. In their Motion for Summary Judgment and Supplemental Motion for Summary Judgment, the latter of which was filed essentially on the eve of trial, Defendants present the Court with an interesting issue and legal argument regarding the potential applicability of the Outer Continental Shelf Lands Act. However, this issue is also suffused with factual nuances that are best left to the trier of fact. Accordingly, Defendants' Motion for Summary Judgment and Shell's Supplemental

Motion for Summary Judgment are hereby **CARRIED FORWARD TO TRIAL**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date.[1]

**IT IS SO ORDERED.**

**DONE** this 10th day of July, 2007 at Galveston, Texas.

                                                         _____
                                                         Samuel B. Kent
                                                         United States District Judge

---

[1] The Court does not consider this Order worthy of publication. Accordingly, it has not requested and does not authorize publication.