United States Courts
Southern District of Texas
FILED

AUG 0 1 2007

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TIM JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-06-265 |
| | § | |
| SHELL OIL COMPANY, *et al*, | § | |
| | § | |
| Defendant. | § | |

**VERDICT OF THE JURY**

**QUESTION 1**

Do you find from a preponderance of the evidence that the URSA Tension Leg Platform is a vessel?

Answer "Yes" or "No" No

**QUESTION 2**

Do you find from a preponderance of the evidence that the URSA Tension Leg Platform is attached to the subsoil and seabed?

Answer "Yes" or "No" Yes

**QUESTION 3**

Do you find from a preponderance of the evidence that Helmerich & Payne was an independent contractor of Shell?

Answer "Yes" or "No" Yes

**QUESTION 4**

Do you find from a preponderance of the evidence that Shell retained operational control over the details of the operations performed at the time of the occurrence?

Answer "Yes" or "No" No

**QUESTION 5**

Do you find from a preponderance of the evidence that the defendant, Helmerich &

Payne International Drilling Co., was negligent in the manner claimed by plaintiff and that such negligence was a legal cause of damage to the plaintiff?

Answer "Yes" or "No" No

**QUESTION 6**

Do you find from a preponderance of the evidence that the defendant, Shell, was negligent in the manner claimed by plaintiff and that such negligence was a legal cause of damage to the plaintiff?

Answer "Yes" or "No" No

If you answered "NO" to Questions 5 and 6, then proceed no further. Otherwise proceed to Question 7.

**QUESTION 7**

Do you find from a preponderance of the evidence that plaintiff himself, Tim Jordan, was negligent in the manner claimed by defendants and that such negligence was a legal cause of damage to the plaintiff?

Answer "Yes" or "No" ____________

**QUESTION 8**

What proportion or percentage of the plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties listed below?

The percentages you find must total 100 percent. The percentages must be expressed in whole numbers. The negligence attributable to any one named below is not necessarily measured by the number of acts or omissions found. The percentage attributable to any one need not be the same percentage attributed to that one in answering another question.

| | | |
|---|---|---|
| a. | HPIDC | ____________% |
| b. | Shell | ____________% |
| c. | Plaintiff | ____________% |
| | | 100 % |

**QUESTION 9**

Do you find from a preponderance of the evidence that the plaintiff is entitled to recover maintenance and cure?

Answer "Yes" or "No." ___________

If you have answered "Yes," then to Questions 10 and 11. Otherwise, proceed to Question 12.

**QUESTION 10**

What date do you find from a preponderance of the evidence to be the date on which the plaintiff reached maximum medical improvement or maximum cure?

Answer Month, Day, and Year. ______________________

**QUESTION 11**

What sum of money do you find from a preponderance of the evidence to be the amount the plaintiff is entitled to receive for maintenance and cure, if any?

Answer in dollars and cents: ______________

**QUESTION 12**

State the amount of damages, if any, you award the Plaintiff for each of the items listed:

| | |
|---|---|
| Past Medical Expenses | $________________ |
| Future Medical Care Expense | $________________ |
| Past Lost Wages | $________________ |
| Impairment of earning capacity or ability in the future, including impairment in the normal progress in plaintiff's earning capacity due to his physical or mental condition | $________________ |
| Past physical pain and suffering, including physical disability and impairment | $________________ |
| Future physical pain and suffering, including physical disability and impairment | $________________ |
| Past mental anguish and suffering, as well as feelings of economic insecurity caused by disability | $________________ |

Future mental anguish and suffering, as well as feelings of economic insecurity caused by disability $________________

Past loss of enjoyment of life to date and the effects of the injuries and inconvenience on the normal pursuits and pleasures of life to date $________________

Future loss of enjoyment of life and the effects of the injuries and inconvenience on the normal pursuits and pleasures of life $________________

[redacted]
Foreperson

8-1-07
Date