UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TIM JORDAN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-06-265 |
| | § | |
| SHELL OIL COMPANY, *et al*, | § | |
| | § | |
| Defendant. | § | |

**INTERIM JUDGMENT ON JURY VERDICT**

This action came on for trial before the Court and a Jury, Honorable Samuel B. Kent, United States District Judge presiding, commencing on July 30, 2007, and the issues having been duly tried and the Jury having duly rendered its Verdict, it is

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff take nothing of and from Defendants. It is further

**ORDERED, ADJUDGED** and **DECREED** that Defendants shall timely file a Bill of Costs and a proposed Final Judgment. It is further

**ORDERED, ADJUDGED** and **DECREED** that Defendant shall submit the foregoing documents not later than the close of business on August 13, 2007. No execution shall issue regarding costs pending further Order of the Court.

**IT IS SO ORDERED.**

**DONE** this the 2nd day of August, 2007, at Galveston, Texas.

Samuel B. Kent
United States District Judge