IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TIM JORDAN | § | |
| | § | |
| VS. | § | C.A. NO. G-06-265 |
| | § | JURY |
| SHELL OIL COMPANY, ET AL | § | |

# FINAL JUDGMENT

This matter proceeded to trial by jury on July 30, 2007. Pursuant to the Jury's Verdict of August 1, 2007, and the Court's Order Granting Defendants' Motion for Summary Judgment on August 2, 2007, the Court finds that the URSA Tension Leg Platform is not a vessel, that the URSA Tension Leg Platform in its design and manifestation is a permanent structure attached to the subsoil and seabed on the Outer Continental Shelf, and that neither Helmerich & Payne International Drilling Co. nor Shell Offshore Inc. ("Defendants") were negligent. Judgment is rendered in favor of Defendants and against Plaintiff, Timothy Q. Jordan. The issues having been duly tried and the jury having duly rendered its verdict:

It is therefore, Ordered, Adjudged and Decreed that Plaintiff, Timothy Q. Jordan, take nothing by this suit.

It is further Ordered, Adjudged and Decreed that defendants, Helmerich & Payne International Drilling Co. and Shell Offshore Inc., recover their taxable costs of court from Plaintiff, Timothy Q. Jordan.

It is further Ordered, Adjudged and Decreed that execution issue in favor of defendants, Helmerich & Payne International Drilling Co. and Shell Offshore Inc., and against Plaintiff, Timothy Q. Jordan, for the amount of defendants, Helmerich & Payne International Drilling Co. and Shell Offshore Inc.'s, taxable costs of court.

All relief requested in this suit and not expressly granted in this Final Judgment is Denied. This judgment is final, disposes of all claims and all parties, and is appealable.

SIGNED and ENTERED this 27th day of August, 2007.

UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE AND ENTRY REQUESTED:**

LEWIS & WILLIAMS, L.L.P.

Wade Williams *
State Bar No. 21582900
Federal I.D. #7121
2200 Market, Suite 750
Galveston, TX 77550
Telephone: (409) 762-1900
Facsimile: (409) 762-4606
***Attorney for Defendant,***
***Shell Offshore Inc.***
* signed by permission

ADAMS AND REESE LLP

Daryl G. Dursum
Federal ID No. 6198
State Bar No. 006287900
4400 One Houston Center
1221 McKinney
Houston, Texas 77010
Telephone: (713) 652-5151
Facsimile: (713) 652-5152
***Attorney for Defendant,***
***Helmerich & Payne International Drilling Co.***